STEVEN W. MYHRE (NSBN 9635)
Acting United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERMAINE CARROLL,<br><br>    Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02237-MMD-PAL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND** |

   IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Reversal and/or Remand be extended for thirty days from January 2, 2018 to **February 2, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant was out sick with the flu and was subsequently on leave for the holidays. Due to shortened staff and heavy workload, Counsel for Defendant has over 65 active pending Social Security matters, of which require 2+ responses to dispositive motions per week until early-March. As such, Counsel needs additional time

to adequately review the transcript and properly respond to Plaintiff's Motion for Reversal and/or Remand. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 28, 2017        /s/ *Cyrus Safa
                                (*as authorized by email on December 28, 2017)
                                CYRUS SAFA
                                Attorney for Plaintiff


Dated:  December 28, 2017       STEVEN W. MYHRE
                                Acting United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                         By     /s/  Tina L. Naicker
                                TINA L. NAICKER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: January 5, 2018          _____
                                THE HONORABLE PEGGY A. LEEN
                                UNITED STATES MAGISTRATE JUDGE

- 2 -

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 28th day of December 2017,

                                          */s/ Tina L. Naicker*
                                          TINA L. NAICKER
                                          Special Assistant United States Attorney