DAYLE ELIESON
Acting United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERMAINE CARROLL, | ) |
| | ) Case No. 2:17-cv-02237-MMD-PAL |
| Plaintiff, | ) |
| | ) **JOINT STIPULATION AND ORDER FOR** |
| v. | ) **EXTENSION OF TIME TO RESPOND TO** |
| | ) **PLAINTIFF'S MOTION FOR REVERSAL** |
| NANCY A. BERRYHILL, | ) **OR REMAND** |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that

the time for responding to Plaintiff's Motion for Reversal and/or Remand be extended for thirty days

from February 2, 2018 to **March 2, 2018**.   This is Defendant's second request for extension.  Good

cause exists to grant Defendant's request for extension.  Counsel for Defendant was out on

bereavement leave due to the sudden and unexpected death of a family member.  Due to shortened

staff, heavy workload and unanticipated leave, Counsel for Defendant has over 70+ active pending

Social Security matters, of which require 2+ responses to dispositive motions per week until early-

March.  As such, Counsel needs additional time to adequately review the transcript and properly

respond to Plaintiff's Motion for Reversal and/or Remand.  Defendant makes this request in good faith

with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's

Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 31, 2018          /s/ *Cyrus Safa
                                 (*as authorized by email on January 31, 2018)
                                 CYRUS SAFA
                                 Attorney for Plaintiff

Dated:  January 31, 2018         DAYLE ELIESON
                                 Acting United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By     /s/  Tina L. Naicker
                                 TINA L. NAICKER
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:


DATED:_____February 2, 2018_____          _____
                                          THE HONORABLE PEGGY A. LEEN
                                          UNITED STATES MAGISTRATE JUDGE