DAYLE ELIESON
Acting United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERMAINE CARROLL,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02237-MMD-PAL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Reversal and/or Remand be extended for one week from March 2, 2018 to **March 9, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant has a debilitating migraine that impairs her vision on the date of the current filing deadline. In addition, Counsel has over 75+ active pending matters, of which require 2+ dispositive motions until mid April. Counsel also has three pending Ninth Circuit matters which require additional levels of review due in early March. Due

to unanticipated leave and high workload demands, Counsel needs additional time to properly respond to Plaintiff's Motion for Summary Judgment. Counsel apologizes for the belated request but did not anticipate being out on leave due to her debilitating migraine. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 2, 2018

/s/ *Cyrus Safa
(*as authorized by email on March 2, 2018)
CYRUS SAFA
Attorney for Plaintiff

Dated: March 2, 2018

DAYLE ELIESON
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: March 7, 2018

THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 2nd day of March 2018,

                                                    */s/ Tina L. Naicker*
                                                  TINA L. NAICKER
                                                  Special Assistant United States Attorney