| | |
|---|---|
| 1 | DAYLE ELIESON<br>Acting United States Attorney |
| 2 | District of Nevada |
| 3 | TINA NAICKER, CSBN 252766<br>Special Assistant United States Attorney |
| 4 | 160 Spear Street, Suite 800<br>San Francisco, California 94105 |
| 5 | Telephone: (415) 268-5611<br>Facsimile: (415) 744-0134 |
| 6 | E-Mail: Tina.Naicker@SSA.gov |
| 7 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERMAINE CARROLL, | ) |
| | ) Case No. 2:17-cv-02237-MMD-PAL |
| Plaintiff, | ) |
| | ) **JOINT STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER FOR EXTENSION OF TIME TO** |
| | ) **RESPOND TO PLAINTIFF'S MOTION FOR** |
| NANCY A. BERRYHILL, | ) **REVERSAL OR REMAND** |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Reversal and/or Remand be extended for two business days from March 9, 2018 to **March 13, 2018**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant is out sick on the date of the current filing deadline. Counsel apologizes for the belated request but did not anticipate being out on sick leave. Defendant makes this request in good faith with no intention to unduly delay the

- 1 -

proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                              Respectfully submitted,

Dated: March 9, 2018            /s/ *Cyrus Safa
                                  (*as authorized by email on March 9, 2018)
                                  CYRUS SAFA
                                  Attorney for Plaintiff

Dated:  March 9, 2018           DAYLE ELIESON
                                  Acting United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By    /s/  Tina L. Naicker
                                  TINA L. NAICKER
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

                                     **ORDER**

APPROVED AND SO ORDERED:


DATED: March 13, 2018                  _/s/ Peggy A. Leen_
                                  THE HONORABLE PEGGY A. LEEN
                                  UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 9th day of March 2018,

                                            /s/ Tina L. Naicker
                                            TINA L. NAICKER
                                            Special Assistant United States Attorney