| | |
|---|---|
| 1 | DAYLE ELIESON |
| | Acting United States Attorney |
| 2 | District of Nevada |
| | TINA NAICKER, CSBN 252766 |
| 3 | Special Assistant United States Attorney |
| | 160 Spear Street, Suite 800 |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 268-5611 |
| 5 | Facsimile: (415) 744-0134 |
| | E-Mail: Tina.Naicker@SSA.gov |
| 6 | |
| | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHERMAINE CARROLL,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

Case No. 2:17-cv-02237-MMD-PAL

**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND**

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Reversal and/or Remand be extended for one week from March 13, 2018 to **March 21, 2018**. This is Defendant's fifth request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant is still sick. Counsel apologizes for the belated request but did not anticipate being out on sick leave. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

- 1 -

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 13, 2018  /s/ *Cyrus Safa
(*as authorized by email on March 13, 2018)
CYRUS SAFA
Attorney for Plaintiff

Dated: March 13, 2018  DAYLE ELIESON
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: March 15, 2018

THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 13th day of March 2018,

                                         */s/ Tina L. Naicker*
                                         TINA L. NAICKER
                                         Special Assistant United States Attorney