DAYLE ELIESON
Acting United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERMAINE CARROLL, | Case No. 2:17-cv-02237-MMD-PAL |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Reversal and/or Remand be extended for one week from March 21, 2018 to **March 28, 2018**. This is Defendant's sixth request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant was sick and had chronic migraines, which impaired her vision at the time of her last extension request. Counsel continues to have chronic debilitating migraines and headaches on the date of the current filing deadline. As a result, Counsel became behind on her heavy caseload, which consists of over 75+

| | |
|---|---|
| 1 | District Court cases, which require 2 or more dispositive motions per week and three pending Ninth |
| 2 | Circuit matters.  In addition, the Ninth Circuit matters require additional levels of review.  Counsel |
| 3 | has one of her Ninth Circuit matters due for review on the date of the current filing deadline, which |
| 4 | she was unaware of at the time of the last extension request.  Due to unanticipated leave and heavy |
| 5 | workload, Counsel needs additional time to prepare a response to the Motion.  Counsel apologizes for |
| 6 | the belated request, but was unaware of scheduling conflicts in her other matters and did not expect to |
| 7 | take additional sick leave from her chronic migraines.  Defendant makes this request in good faith with |
| 8 | no intention to unduly delay the proceedings. |


District Court cases, which require 2 or more dispositive motions per week and three pending Ninth Circuit matters. In addition, the Ninth Circuit matters require additional levels of review. Counsel has one of her Ninth Circuit matters due for review on the date of the current filing deadline, which she was unaware of at the time of the last extension request. Due to unanticipated leave and heavy workload, Counsel needs additional time to prepare a response to the Motion. Counsel apologizes for the belated request, but was unaware of scheduling conflicts in her other matters and did not expect to take additional sick leave from her chronic migraines. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 21, 2018   /s/ *Cyrus Safa
(*as authorized by email on March 21, 2018)
CYRUS SAFA
Attorney for Plaintiff

Dated: March 21, 2018   DAYLE ELIESON
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By   /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: March 23, 2018

THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 21st day of March 2018,

                                            */s/ Tina L. Naicker*
                                            TINA L. NAICKER
                                            Special Assistant United States Attorney